# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERARD BRADLEY,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:14-0797 |
| v. : | |
| : | (Judge Mannion) |
| **GERALD ROZUM**, *et al.*, : | |
| Respondents : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as untimely. *See* 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. *See* 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 13, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0797-01-ORDER.wpd